COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Richlene Joannides

Appellate case number:   01-13-00755-CV

Trial court case number: 2006-19543

Trial court:             County Court at Law No 3 of Fort Bend County

On November 26, 2013, Real Party in Interest, Successor Administrator Richard L. Tate, filed a Second Motion for Extension of Time to File a Response. Real Party in Interest Ocwen Loan Servicing, LLC and Deutche Bank National Trust Company also filed an Unopposed Motion to Extend Time to File Response. The motions are **granted**. All Real Party in Interest responses to the petition for mandamus are due January 21, 2014. Absent extraordinary circumstances, no further extensions will be granted.

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
              X Acting individually     ☐ Acting for the Court

Date: December 3, 2013